UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
GLOBAL WEATHER PRODUCTIONS LLC,            :         25cv6167 (DLC)
                                           :
                          Plaintiff,       :         ORDER
            -v-                            :
                                           :
SIMON SINEK, INC.,                         :
                                           :
                          Defendant.       :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

     It having been reported to this Court that this case has

been settled, it is hereby

     ORDERED that the above-captioned action is discontinued

without costs to any party and without prejudice to restoring

the action to this Court's calendar if the application to

restore the action is made by **December 10, 2025**.  If no such

application is made by that date, today's dismissal of the

action is with prejudice.  See Muze, Inc. v. Digital On Demand,

Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          November 10, 2025

                                   _____
                                          DENISE COTE
                                   United States District Judge